[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 05-13956

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 14, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00789 CV-ORL-18-KRS

ZSOLT LAGLER,

Plaintiff-Appellant,

versus

HEALTH FIRST, INC., HOLMES
REGIONAL MEDICAL CENTER, INC.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(June 14, 2006)**

Before ANDERSON, HULL and CUDAHY*, Circuit Judges.

PER CURIAM:

_____

*Honorable Richard D. Cudahy, United States Circuit Judge for the Seventh Circuit, sitting by
designation.

After oral argument and careful consideration, and for the reasons explored at oral argument, we readily conclude that the judgment of the district court is due to be affirmed.  Especially in light of the plaintiff's own personal notes (which are merely the strongest of extensive evidence supporting the reasonableness of the perception of all five of defendants' decision makers), plaintiff has altogether failed to create genuine issues of material fact.  In this regard, we note that plaintiff's personal notes were apparently recorded contemporaneously with or shortly after the relevant events.  On this record, we cannot conclude that a reasonable jury could find that retaliation against plaintiff was a motivating factor for the employment decision.[1]

Accordingly, the judgment of the district court is

**AFFIRMED.**

---

[1]  In light of our holding, we need not decide whether <u>Desert Palace v. Costner</u>, 539 U.S. 90, 123 S.Ct. 2148 (2003), applies in the mixed motive retaliation context.  Moreover, we note that plaintiff failed to present the case to the district court as a mixed motive case, but, in light of our disposition, we need not address whether or not the issue should be considered preserved.